UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

V.                                           CASE NO.: 8:24-cr-551-WFJ-NHA-1

ELVIN DONAHEL HERNANDEZ AMADOR
_____ /

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL TERM AND TO EXTEND PRE-TRIAL MOTIONS FILING DEADLINE**

Elvin Donahel Hernandez Amador, by and through undersigned counsel and pursuant to Local Rule 3.08, moves this Court to continue the trial term in this matter, which is currently set for the Court's April 2025 trial term, commencing April 7, 2025. The defense respectfully submits that a sixty-day continuance is necessary for effective preparation and that the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv). The Government is not opposed to this request.[1]

Mr. Hernandez Amador stands charged via a three-count Indictment with Aggravated Identity Theft, False Representation of a Social Security Number, and

---

[1] The undersigned has conferred with Assistant United States Attorney Karyna Valdes who has advised the government is not opposed to this request.

False Claim of United States Citizenship, all in violation of 18 U.S.C. § 1028A(a)(l), 42 U.S.C. § 408(a)(7)(B), 18 U.S.C. § 1015(e). Doc. 1. He had his arraignment on February 18, 2025, before Honorable Thomas G. Wilson, whereafter he remained in the US Marshals' custody. The Federal Defender's Office has been appointed to Mr. Hernandez Amador's case and the Court has issued its Pretrial Discovery Order and Notice of Trial and Status Conference on February 19, 2025, setting the matter for the April 2025 trial term. Docs. 10 and- 12.

Undersigned counsel received discovery on March 5, 2025, per Pretrial Discovery Order and Notice, motion and memoranda are to be filed within 30 days of receipt of Rule 16 (a) discovery material thus setting the pretrial deadline for April 4, 2025. Doc. 12. Depending on the evidence material; defense will perform legal research and writing and filing of Pre-trial Motion(s) and therefore seek an extension of the pre-trial motion of filing deadline by sixty days. Due to the potential volume of discovery, and number of potential issues at hand, with the exercise of due diligence, sixty days is necessary for effective representation of Mr. Hernandez Amador. This request is made in good faith, in the interests of justice, and not to unnecessarily delay the proceedings. The undersigned has conferred with Mr. Hernandez Amador, and he understands that the request at bar constitutes a waiver of his rights pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

Accordingly, for the reasons discussed herein, this Motion ought to be GRANTED.

DATED this 5th day of March, 2025.

                                                 Respectfully submitted,

                                                 A. FITZGERALD HALL, ESQ.
                                                 FEDERAL DEFENDER

                                               */s/ Laura G. Hastay*
                                               Laura G. Hastay, Esq.
                                               Assistant Federal Defender
                                               Georgia Bar No. 637941
                                               400 North Tampa St. Suite 2700
                                               Tampa, FL 33602
                                               Telephone:  (813) 228-2715
                                               Facsimile:   (813) 228-2562
                                               Email: laura_hastay@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of March 2025, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Karyna Valdes, AUSA

*/s/ Laura G. Hastay*
Laura G. Hastay, Esq.
Assistant Federal Defender